**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Medtronic, Inc.,

Plaintiff,

v.

**ORDER**
Civil No. 00-60 ADM/AJB

Suzanne Carpenter,

Defendant.

---

William Z. Pentelovitch, Esq., Jonathan S. Parritz, Esq, and Kai H. Richter, Esq., Maslon, Edelman, Borman, & Brand, LLP, Minneapolis, Minnesota, appeared for and on behalf of the Plaintiff.

Edward L. Friedman, Locke, Liddell, & Sapp, Houston, Texas; Timothy D. Kelly, Esq. and Erin K. Fogarty Lisle, Esq., Kelly & Berens, P.A., Minneapolis, Minnesota, appeared for and on behalf of the Defendant.

---

On April 25, 2000, the undersigned United States District Judge heard the above-titled matter pursuant to Defendant's motion to dismiss for improper venue, Fed. R. Civ. P. 12(b)(3), and motion to transfer venue, 28 U.S.C. § 1406(a). For reasons stated on the record at the April 25, 2000 hearing, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss for Improper Venue [Doc. No. 6] is **DENIED**; and
2. Defendant's Motion to Transfer Venue [Doc. No. 6] is **DISMISSED AS MOOT**.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: April 26, 2000

FILED 4-27-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______