UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Medtronic, Inc.,

Plaintiff, CIVIL 99-2048 PAM/JGL

v.

Bruce Wohfeld,

Defendant,

---

Medtronic Inc.,

Plaintiff, CIVIL 00-60 ADM/AJB

v.

Suzanne Carpenter,

Defendant.

---

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Civil Case 99-2048 PAM/JGL having been assigned to Judge Paul A. Magnuson and Civil Case 00-60 ADM/AJB having later been assigned to Judge Ann D. Montgomery, said matters being related cases,

**IT IS HEREBY ORDERED** that Civil Case 00-60 ADM/AJB, be assigned to Judge Paul A. Magnuson, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of court is directed to void and reuse a card on the same list pursuant to this Court's Order dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: July 10, 2000.

**PAUL A. MAGNUSON,** Chief Judge
United States District Court

Dated: July , 2000.

**ANN D. MONTGOMERY,** Judge
United States District Court

FILED 7-11-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK