UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Medtronic, Inc.,

Plaintiff,

vs.

Suzanne Carpenter,

Defendant.

CIVIL 00–60 (PAM/JGL)

**STIPULATION AND ORDER**

The parties to the above-captioned action by and through their undersigned counsel of record, hereby stipulate and agree that the Court's Pretrial Scheduling Order dated June 16, 2000, shall be and hereby is amended as follows:

Discovery Plan

1. Discovery shall be commenced in time to be completed by March 1, 2001.

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By the party bearing the burden of proof on a particular issue, on or before February 1, 2001.

   b. By the responding party, on or before April 1, 2001.

Non-Dispositive Motions

1. All non-dispositive motions and supporting documents (other than those motions seeking to amend the pleadings or add parties) including those which relate to discovery, shall be served and filed by April 1, 2001.

FILED OCT 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by June 1, 2001.

Trial

This case shall be ready for trial on August 1, 2001, or upon resolution of any pending dispositive motions. Each party may call no more than 2 expert witnesses.

In all other respects the provisions of the Pretrial Scheduling Order dated July 27, 2000 remain in full force and effect.

Dated: October 20, 2000

**MASLON EDELMAN BORMAN & BRAND LLP**

By____________________

William Z. Pentelovitch (85078)
Jonathan S. Parritz (177581)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-4140
(612) 672-8200

ATTORNEYS FOR PLAINTIFF

Dated: October __, 2000.

**LOCKE LIDDELL & SAPP LLP**

By____________________

Edward L. Friedman (#07462950)
3400 Chase Tower
600 Travis Street
Houston, TX 77002
(713) 226-1200

ATTORNEYS FOR DEFENDANT

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by June 1, 2001.

Trial

This case shall be ready for trial on August 1, 2001, or upon resolution of any pending dispositive motions. Each party may call no more than 2 expert witnesses.

In all other respects the provisions of the Pretrial Scheduling Order dated July 27, 2000 remain in full force and effect.

Dated: October __, 2000

MASLON EDELMAN BORMAN & BRAND LLP

By_______________________
William Z. Pentelovitch (85078)
Jonathan S. Parritz (177581)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-4140
(612) 672-8200

ATTORNEYS FOR PLAINTIFF

Dated: October 20 2000.

LOCKE LIDDELL & SAPP LLP

By [signature]
Edward L. Friedman (#07462950)
3400 Chase Tower
600 Travis Street
Houston, TX 77002
(713) 226-1200

ATTORNEYS FOR DEFENDANT

**ORDER**

SO ORDERED.

Dated: October 23, 2000

Paul A. Magnuson
U.S. District Court Judge

108369