UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MEDTRONIC, INC.,

Plaintiff,

vs.

SUZANNE CARPENTER

Defendant.

Case No.00-CV-60 PAM/JGL

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

Plaintiff and Defendant, by and through their respective counsel of record, hereby stipulate and agree that this action in its entirety, including all claims and counterclaims, may be dismissed with prejudice, with each party to bear her or its own costs, attorney's fees and expenses.

Dated: ~~April~~ July 17, 2001.

**LOCKE LIDDELL & SAPP LLP**

By ______________________
Edward L. Friedman (#07462950)
3400 Chase Tower
600 Travis Street
Houston, TX 77002
(713) 226-1200

ATTORNEYS FOR DEFENDANT

Dated: ~~April~~ July 30, 2001

**MASLON EDELMAN BORMAN & BRAND, LLP**

By ______________________
Jonathan S. Parritz (177581)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 672-8200

ATTORNEYS FOR PLAINTIFF

AUG - 8 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG - 8 2001
DEPUTY CLERK

**ORDER**

Based on the stipulation of the parties by and through their respective counsel of record, IT IS HEREBY ORDERED that this action, including all claims and counterclaims, shall be, and hereby is, dismissed with prejudice, each side to bear her or its own costs, attorney's fees and expenses.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 7, 2001.

BY THE COURT:

United States District Court Judge

136364

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500